on the ground that it does not state facts sufficient to constitute a cause of action, reversed on the law, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. We are of opinion that it was necessary for plaintiffs to allege due performance of the conditions of the contract on their part performed. (Rules of Civil Practice, rule 92.) Kelly, P. J., and Manning, J., concur; Jaycox, Young and Lazansky, JJ., vote to reverse upon the further ground that it was necessary for plaintiffs to allege, also, that they were duly licensed brokers. Plaintiff may, upon payment of costs, have twenty days from the date of the order herein to serve an amended pleading. Appeal from order denying motion to vacate notice of examination before trial dismissed, without costs.

CHARLES J. MUENZEN, Respondent, v. ROBERT M. SILVERMAN and 98TH STREET AND WEST END AVENUE CORPORATION, Appellants. (Appeal No. 1.) — Order granting plaintiff's motion for examination before trial affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.

CHARLES J. MUENZEN, Respondent, v. ROBERT M. SILVERMAN and 98TH STREET AND WEST END AVENUE CORPORATION, Appellants. (Appeal No. 2.) — Order granting defendants' motion for a bill of particulars, with the modification therein contained that such bill need not be served until after plaintiff has examined the defendants before trial, affirmed, with ten dollars costs and disbursements, with leave, however, to defendants to apply, after such examination, for a modification of the order granting such bill of particulars in such respects as they may be advised. Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.

CARRIE MURPHY, an Infant, etc., by SUSIE MURPHY, Her Guardian ad Litem, Appellant, v. GUY ROSE, Respondent.— Order granting defendant's motion to open default in appearing on the trial, reversed on the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. We think the default in this case was deliberate. Defendant's motion papers contain no affidavit of merits or suggestion of defense. Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ., concur.

NEW YORK MILLWRIGHT COMPANY, INC., Respondent, v. HARRY YELLIN and IDA YELLIN, His Wife, Appellants. EUREKA RUBBER MANUFACTURING CO., INC., and Others, Defendants. (Appeal No. 1.) — Order denying motion to vacate part of a notice of examination before trial affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ., concur.

NEW YORK MILLWRIGHT COMPANY, INC., Respondent, v. HARRY YELLIN and IDA YELLIN, His Wife, Appellants. EUREKA RUBBER MANUFACTURING CO., INC., and Others, Defendants. (Appeal No. 2.) — Order granting plaintiff's motion to strike out amended answer affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ., concur.

PAR HOLDING CO., INC., Respondent, v. MERCHANTS HOLDING COMPANY, LOUIS GOLD, CECELIA GOLD and JOHN A. DILLIARD, Appellants.— Order denying motion to strike out certain allegations of the complaint, and to dismiss the complaint for failure to state a cause of action, affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ., concur.

JOSEPHINE W. PRESTON, Respondent, v. GEORGE R. PRESTON, Appellant.—